

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TODD MITCHELL, | § | No. 08-13-00241-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 3 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1283395D) |

## **O R D E R**

Appellant has filed a response to the Court's notice of intent to dismiss the appeal.   The Court finds that Appellant timely filed a motion for new trial on May 31, 2013, and therefore, his notice of appeal was due to be filed no later than July 30, 2013.   Appellant timely filed notice of appeal on July 29, 2013.   Therefore, this Court does have jurisdiction over this appeal and the Reporter's Record shall now be due October 25, 2013.

IT IS SO ORDERED this 25th day of September, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.